045166/19344/JNR/BJT

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| NATHANIEL G. SMITH,  Plaintiff, | |
| v. | No. 18-cv-2244 |
| JUSTIN YOUNG Medical Director, LAURI, Nurse Practitioner, STEVEN, Registered Nurse, NICOLE CARTER, Nurse Practitioner,  Defendants. | Michael M. Mihm |

### ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES

NOW COME the Defendants, DR. JUSTIN YOUNG, STEVEN WHITE, NICOLE CARTER and LORI MOTON, by their attorney, CASSIDAY SCHADE LLP, and pursuant to Local Rule 16.3(E)(2) and the Court's December 12, 2019 Order, hereby submit their Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint, stating as follows:

1. Defendant, DR. JUSTIN YOUNG, admits he has been employed as a physician by Wexford Health Sources, Inc. since July 2016.

2. Defendant, STEVEN WHITE, admits he has been employed as a Registered Nurse by Wexford Health Sources, Inc. since January 2007.

3. Defendant, NICOLE CARTER, admits she has been employed as a Nurse Practitioner by Wexford Health Sources, Inc. since August 2017.

4. Defendant, LORI MOTON, admits she was employed at Danville Correctional Center as a medical provider from February 5, 2018, until April 3, 2019.

5. Defendants admit that jurisdiction and venue are proper in the Central District of Illinois.

6. Defendants deny that any act or omission on their part constituted deliberate indifference to a serious medical need.

7. Defendants deny that Plaintiff had a serious medical need as alleged in the Complaint.

8. Defendants deny that any response they may or may not have made to any request of the Plaintiff constituted deliberate indifference to a serious medical need.

9. Defendants deny that Plaintiff was injured by any act, omission, or delay allegedly caused by Defendants.

10. Defendants deny that Plaintiff is entitled to any relief whatsoever.

11. Defendants deny that Plaintiff's claims are meritorious.

**DEFENDANTS DEMAND TRIAL BY JURY**

### AFFIRMATIVE DEFENSES

1. At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.[1]

2. At all times relevant herein, Defendants acted in good faith reliance on existing law and precedent. They are therefore entitled to a good faith defense from damages. *Janus v. Am. Fed'n. of State*, 2019 U.S. App. LEXIS 33071, 35 (7th Cir. 2019).

3. To the extent Plaintiff has failed to exhaust his administrative remedies prior to initiating bringing this action, his claims are barred by Section 1997e(a) of the Prison Litigation Reform Act.

---

[1] Defendants acknowledge in *Estate of Clark v. Walker*, 865 F.3d 544, 550-51 (7th Cir. 2017), the Seventh Circuit rejected qualified immunity for contractual government employees. Defendants assert this defense to preserve it for appeal.

4. To the extent Plaintiff's claims for relief accrued more than two years prior to initiation of this case, they are barred by the applicable statute of limitations.

5. At all times relevant herein, Defendants' duties were limited to those that were delegated to them by their employer and that their employer voluntarily undertook pursuant to its contract with the Illinois Department of Corrections.

**DEFENDANTS DEMAND TRIAL BY JURY AS TO THEIR AFFIRMATIVE DEFENSES**

WHEREFORE, for the above reasons, Defendants respectfully request this Honorable Court deny Plaintiff any relief in this matter and grant Defendants judgment as to all matters and any other relief deemed appropriate, including cost of suit.

    Respectfully submitted,

    CASSIDAY SCHADE LLP

    By: /s/ Bradley J. Taylor
    Attorney for Defendant, DR. JUSTIN YOUNG, STEVEN WHITE, NICOLE CARTER and LORI MOTON

Bradley J. Taylor
ARDC No. 6333450
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
bjtaylor@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2019, I electronically filed the foregoing Answer to Plaintiff's Complaint with Affirmative Defenses with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

and I hereby certify that a true and correct copy of the foregoing Answer to Plaintiff's Complaint with Affirmative Defenses was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on December 27, 2019. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

PRO SE:
Nathaniel G. Smith (R28531
Big Muddy River Correctional Center
251 North Illinois Highway 37
Ina IL 62846-1000

/s/ Bradley J. Taylor

9360525 BJTAYLOR;BJTAYLOR